IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
O'DEA, PAUL BRIAN
O'DEA, CHRISTINE ELISE

CLARK, CHRISTINE
    Debtor(s)

CASE NO. 10-75285

Judge Thomas M. Lynch

## APPLICATION OF TRUSTEE'S COUNSEL OF OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:     HONORABLE Thomas M. Lynch, BANKRUPTCY JUDGE
FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF
ILLINOIS, WESTERN DIVISION

JAMES E. STEVENS, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. An order for relief under Chapter 7 was entered on 10/25/10. This Court on 1/5/11 authorized the employment of the Applicant to serve as counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2. Applicant requests $8,233.50 in compensation for 29.10 hours of services performed for the period 12/8/10 through present.

3. A description of the nature of the services rendered by the Applicant is as follows:

See Exhibit F-1, attached hereto.

4. Attached as Exhibit F-1 is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

5. The time expended and services rendered by the Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| Stephen G. Balsley | .80 | $270.00 | $216.00 |
| James E. Stevens | 2.70 | $260.00 | $702.00 |
| James E. Stevens | 7.50 | $270.00 | $2,025.00 |
| James E. Stevens | 4.90 | $285.00 | $1,396.50 |

**EXHIBIT F**

| James E. Stevens | 13.20 | $295.00 | $3,894.00 |

6. Attached as Exhibit F-2 is an itemized statement of the actual expenses incurred by the Applicant.

7. Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

8. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $8,233.50 for legal services rendered in this case.

Dated: January 8, 2014

RESPECTFULLY SUBMITTED,

By: _____
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611

**EXHIBIT F**

Law Offices
**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP**
6833 Stalter Drive, First Floor
Rockford, IL  61108
(815) 962-6611   FAX (815) 962-0687
FEIN 36-2408289

---

PAUL & CHRISTINE O'DEA

PAGE: 1
01/06/2014
ACCOUNT NO: 77011-000Z
STATEMENT NO: 1

TRUSTEE CASE - ATTORNEY TIME

INTERIM STATEMENT

JAMES E. STEVENS

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/09/2011 | SGB | COURT APPEARANCE ON MOTION TO EMPLOY SPECIAL COUNSEL | 270.00 | 0.80 | 216.00 |
| | | Stephen G. Balsley (SGB) | | 0.80 | 216.00 |
| 12/08/2010 | JES | PREPARATION OF NOTICE, MOTION, ORDER AND AFFIDAVIT TO EMPLOY ATTORNEY. | 260.00 | 0.70 | 182.00 |
| 12/19/2010 | JES | REVIEW STATE COURT PLEADING REGARDING COMPLAINT; ANSWER TO COUNTER CLAIM AND AFFIRMATIVE DEFENSES. | 260.00 | 2.00 | 520.00 |
| 01/05/2011 | JES | COURT HEARING REGARDING EMPLOYMENT OF ATTORNEY. | 270.00 | 0.70 | 189.00 |
| | JES | PREPARATION OF NOTICE, MOTION, AFFIDAVIT, AND ORDER REGARDING EMPLOYMENT OF SPECIAL COUNSEL. | 270.00 | 0.70 | 189.00 |
| 04/09/2011 | JES | RECEIVE AND REVIEW LETTER FROM SPECIAL COUNSEL REGARDING PENDING COMPLAINT IN STATE COURT AND CONFLICT OF INTEREST. | 270.00 | 0.30 | 81.00 |
| 05/18/2011 | JES | PHONE CONFERENCE WITH ATTORNEY JOHN JORGENMEIER REGARDING SETTLEMENT. | 270.00 | 0.20 | 54.00 |
| 05/29/2011 | JES | CORRESPONDENCE TO PERSONAL INJURY ATTORNEY. | 270.00 | 0.20 | 54.00 |
| 06/26/2011 | JES | CORRESPONDENCE TO PLAINTIFF'S ATTORNEY REGARDING LAWSUIT. | 270.00 | 0.20 | 54.00 |

```
PAUL & CHRISTINE O'DEA                                                              PAGE:  2
                                                                                    01/06/2014
                                                           ACCOUNT NO:              77011-000Z
                                                           STATEMENT NO:            1
    TRUSTEE CASE - ATTORNEY TIME

    JAMES E. STEVENS
```

|  |  | Rate |  |  |
|---|---|---:|---:|---:|
| 10/17/2011 JES | COURT HEARING REGARDING ALLEGED CONFLICT OF SPECIAL COUNSEL. | 270.00 | 4.50 | 1,215.00 |
| 12/04/2011 JES | RECEIVE AND REVIEW MOTION TO WITHDRAW BY ATTORNEY FOR DEFENDANT; LETTER TO SPECIAL COUNSEL. | 270.00 | 0.50 | 135.00 |
| 12/26/2011 JES | RECEIVE AND REVIEW COURT ORDER REGARDING MOTION FOR PARTIAL SUMMARY JUDGMENT. | 270.00 | 0.20 | 54.00 |
| 03/27/2012 JES | LETTER FROM SPECIAL COUNSEL AND RESPONSE REGARDING DISCOVERY. | 285.00 | 0.30 | 85.50 |
| 04/28/2012 JES | RECEIVE AND REVIEW NOTICE OF DEPOSITION OF CHRISTOPHER CLARK. | 285.00 | 0.20 | 57.00 |
| 05/11/2012 JES | DEPOSITION OF DEFENDANT AND SETTLEMENT CONFERENCE. | 285.00 | 3.50 | 997.50 |
| 06/11/2012 JES | PHONE CONFERENCE WITH JOHN EARLY REGARDING SETTLEMENT WITH BANK. | 285.00 | 0.20 | 57.00 |
| 10/10/2012 JES | REVIEW THIRD PARTY COMPLAINT AND LETTER TO SPECIAL COUNSEL. | 285.00 | 0.70 | 199.50 |
| 02/09/2013 JES | RECEIVE AND REVIEW NOTICE TO PRODUCE TO DEFENDANT, CHRISTOPHER CLARK. | 295.00 | 0.40 | 118.00 |
| 02/23/2013 JES | RECEIVE AND REVIEW CLARK'S MOTION TO DISMISS THIRD PARTY COUNTER CLAIMANT. | 295.00 | 0.50 | 147.50 |
| 02/26/2013 JES | CORRESPONDENCE TO ATTORNEYS REGARDING BANK REGARDING SETOFF. | 295.00 | 0.20 | 59.00 |
| 03/05/2013 JES | RECEIVE AND REVIEW THIRD PARTY ANSWER AND LETTER TO ATTORNEY. | 295.00 | 0.30 | 88.50 |
| 03/31/2013 JES | RECEIVE AND REVIEW EMAIL FROM ATTORNEY AND |  |  |  |

PAUL & CHRISTINE O'DEA                                                                    PAGE: 3
                                                                                          01/06/2014
                                                              ACCOUNT NO:                 77011-000Z
                                                              STATEMENT NO:               1

TRUSTEE CASE - ATTORNEY TIME

JAMES E. STEVENS

|  |  | Rate |  |  |
|---|---|---|---|---|
|  | COURT ORDER. | 295.00 | 0.30 | 88.50 |
| 04/28/2013 |  |  |  |  |
| JES | RECEIVE AND REVIEW THIRD PARTY DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSE. | 295.00 | 0.70 | 206.50 |
| 06/06/2013 |  |  |  |  |
| JES | RECEIVE AND REVIEW COURT ORDER REGARDING DISCOVERY AND PRE TRIAL. | 295.00 | 0.20 | 59.00 |
| 06/20/2013 |  |  |  |  |
| JES | RECEIVE AND REVIEW RECENTLY FILED PLEADINGS. | 295.00 | 0.30 | 88.50 |
| 06/26/2013 |  |  |  |  |
| JES | SETTLEMENT CONFERENCE. | 295.00 | 4.00 | 1,180.00 |
| 07/01/2013 |  |  |  |  |
| JES | RECEIVE AND REVIEW NOTICE OF NEXT HEARING DATE. | 295.00 | 0.20 | 59.00 |
| 07/18/2013 |  |  |  |  |
| JES | RECEIVE AND REVIEW COURT ORDER REGARDING MOTION TO DISMISS. | 295.00 | 0.20 | 59.00 |
| 08/12/2013 |  |  |  |  |
| JES | PHONE CONFERENCE WITH SPECIAL COUNSEL AND COUNTER-OFFER TO SETTLE. | 295.00 | 0.20 | 59.00 |
| 08/14/2013 |  |  |  |  |
| JES | PHONE CONFERENCE WITH SPECIAL COUNSEL REGARDING SETTLEMENT. | 295.00 | 0.20 | 59.00 |
| 08/22/2013 |  |  |  |  |
| JES | REVIEW SETTLEMENT ORDER FOR STATE COURT. | 295.00 | 0.70 | 206.50 |
| JES | RECEIVE AND REVIEW EMAIL REGARDING SETTLEMENT FIGURES. | 295.00 | 0.20 | 59.00 |
| JES | RECEIVE AND REVIEW AMENDED SETTLEMENT ORDER. | 295.00 | 0.30 | 88.50 |
| JES | REVIEW FINAL STATE COURT ORDER. | 295.00 | 0.30 | 88.50 |
| 08/31/2013 |  |  |  |  |
| JES | PREPARATION OF MOTION TO COMPROMISE A CONTROVERSY, ORDER AND NOTICE. | 295.00 | 1.30 | 383.50 |
| 09/25/2013 |  |  |  |  |
| JES | COURT HEARING TO APPROVE SETTLEMENT. | 295.00 | 1.00 | 295.00 |
| JES | CORRESPONDENCE TO ATTORNEY MEYER WITH SETTLEMENT AGREEMENT AND COURT ORDER. | 295.00 | 0.20 | 59.00 |
| 09/28/2013 |  |  |  |  |
| JES | CORRESPONDENCE TO STATE COURT ATTORNEY AND COURT ORDER; RESPONSE REGARDING |  |  |  |

PAUL & CHRISTINE O'DEA

PAGE: 4
01/06/2014
ACCOUNT NO: 77011-000Z
STATEMENT NO: 1

TRUSTEE CASE - ATTORNEY TIME

JAMES E. STEVENS

|  |  |  | Rate |  |  |
|---|---|---|---|---|---|
|  |  | DISMISSAL OF STATE COURT CASE AND FUNDING SETTLEMENT. | 295.00 | 0.40 | 118.00 |
| 10/26/2013 | JES | RECEIVE AND REVIEW NOTICE OF ATTORNEY LIEN FROM JOHN EARLY. | 295.00 | 0.20 | 59.00 |
|  | JES | JOINT MOTION FOR RULE TO SHOW CAUSE AGAINST CLARK. | 295.00 | 0.50 | 147.50 |
| 11/01/2013 | JES | REVIEW DISBURSEMENT ORDER. | 295.00 | 0.20 | 59.00 |
| 11/04/2013 | JES | RECEIVE AND REVIEW LETTER FROM STATE COURT ATTORNEY REGARDING DISBURSEMENT ORDER. | 295.00 | 0.20 | 59.00 |
|  |  | James E. Stevens (JES) |  | 28.30 | 8,017.50 |
|  |  | FOR CURRENT SERVICES RENDERED |  | 29.10 | 8,233.50 |

| TIMEKEEPER |  | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stephen G. Balsley (SGB) | 0.80 | $270.00 | $216.00 |
| James E. Stevens (JES) | 2.70 | 260.00 | 702.00 |
| James E. Stevens (JES) | 7.50 | 270.00 | 2,025.00 |
| James E. Stevens (JES) | 4.90 | 285.00 | 1,396.50 |
| James E. Stevens (JES) | 13.20 | 295.00 | 3,894.00 |

TOTAL CURRENT WORK                                                          8,233.50

BALANCE DUE                                                                 $8,233.50

WE ACCEPT AMERICAN EXPRESS, DISCOVER, MASTERCARD & VISA

PLEASE INCLUDE YOUR ACCOUNT NUMBER WITH YOUR PAYMENT