# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: O'DEA, PAUL BRIAN § Case No. 10-75285 | |
|       O'DEA, CHRISTINE ELISE § | |
| § | |
| Debtor(s) CLARK, CHRISTINE § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JAMES E. STEVENS</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Stanley J. Roszkowski U.S. Courthouse
    327 South Church Street
    Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 02/19/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  01/08/2014          By:  /s/JAMES E. STEVENS
                                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: O'DEA, PAUL BRIAN | § | Case No. 10-75285 |
| O'DEA, CHRISTINE ELISE | § | |
| | § | |
| Debtor(s) CLARK, CHRISTINE | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   48,246.56 |
| *and approved disbursements of* | $   6,077.29 |
| *leaving a balance on hand of* [1] | $   42,169.27 |
| **Balance on hand:** | $   42,169.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | American Honda Finance | 302.49 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   42,169.27 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 5,574.66 | 0.00 | 5,574.66 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 8,233.50 | 0.00 | 8,233.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   13,808.16 |
| Remaining balance: | $   28,361.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 28,361.11 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 28,361.11 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 60,601.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CANDICA L.L.C. | 3,928.00 | 0.00 | 1,838.28 |
| 2 | PYOD LLC its successors and assigns as assignee of | 34,968.84 | 0.00 | 16,365.16 |
| 3 | FIA Card Services, NA/Bank of America | 21,704.77 | 0.00 | 10,157.67 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 28,361.11 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $         0.00


Prepared By:  /s/JAMES E. STEVENS
                              Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                               Case No. 10-75285-TML
Paul Brian O'Dea                                                     Chapter 7
Christine Elise O'Dea
        Debtors                      CERTIFICATE OF NOTICE
District/off: 0752-3          User: jclarke                Page 1 of 2        Date Rcvd: Jan 22, 2014
                              Form ID: pdf006              Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2014.
db/jdb        +Paul Brian O'Dea,   Christine Elise O'Dea,   1355 Cunat Ct.,   #1C,
                Lake in the Hills, IL 60156-6159
16323868      +A and D Medical Center, SC,   PO Box 3412,   Hinsdale, IL 60522-3412
16323871      +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
16323872      +Barclays Bank Delaware,   Attention: Customer Support Department,   Po Box 8833,
                Wilmington, DE 19899-8833
16323873      +Bay Area C S,   1901 W 10th St,   Antioch, CA 94509-1380
16323875     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,   Attn: Centralized Bankruptcy,   Po Box 20507,
                Kansas City, MO 64195)
16323874      +Chase Manhattan Mortgage,   Attention: Research Dept. G7-PP,   3415 Vision Drive,
                Columbus, OH 43219-6009
16323878      +Delnor Community Hospital,   PO Box 739,   Moline, IL 61266-0739
16323879       Fox Valley Laboratory Physicians SC,   P.O. Box 5133,   Chicago, IL 60680-5133
16323880      +Greater Elgin Emergency Specialist,   PO Box 88334 Dept. 2045,   Carol Stream, IL 60188-0334
16323883      +Kca Financial Services,   628 North Street,   Geneva, IL 60134-1356
16323884       Northwest Suburban Imaging Assoc.,   34659 Eagle Way,   Chicago, IL 60678-1346
16323885      +Pediatric Care Associates, S.C,   2500 W Higgins Rd,   Ste #670,   Hoffman Estates, IL 60169-7208
16323886      +Sherman Hospital,   Collection Dept.,   PO Box 609,   Elgin, IL 60121-0609
16323887       Specialists in Gastroenterology,   17 N Randall Rd #2,   Elgin, IL 60123
16323888      +Surgey Group, SC,   1665 South Street,   Geneva, IL 60134-2571
16323889      +United Anesthesia Associates SC,   P.O. Box 631,   Lake Forest, IL 60045-0631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16323869       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 23 2014 00:55:20     American Honda Finance,
                Acura Financial Services,   Po Box 168088,   Irving, TX 75016
16323870      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jan 23 2014 00:55:56     Armor Systems Co,   1700 Kiefer Dr,
                Suite 1,   Zion, IL 60099-5105
16818815      +E-mail/Text: bncmail@w-legal.com Jan 23 2014 00:55:20     CANDICA L.L.C.,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
16323876      +E-mail/Text: clerical.department@yahoo.com Jan 23 2014 00:54:45
                Creditors Collection Bureau, Inc.,   P.O. Box 63,   Kankakee, IL 60901-0063
16962485       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2014 01:00:56
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
16894844      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2014 00:59:49
                PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16323877*     +Creditors Collection Bureau, Inc.,   P.O. Box 63,   Kankakee, IL 60901-0063
16323881*     +Greater Elgin Emergency Specialist,   PO Box 88334 Dept. 2045,   Carol Stream, IL 60188-0334
16323882*     +Greater Elgin Emergency Specialist,   PO Box 88334 Dept. 2045,   Carol Stream, IL 60188-0334
16323890*     +United Anesthesia Associates SC,   PO Box 631,   Lake Forest, IL 60045-0631
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-3          User: jclarke              Page 2 of 2              Date Rcvd: Jan 22, 2014
                              Form ID: pdf006            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2014 at the address(es) listed below:

```
              Erick  J Bohlman     on behalf of Debtor Paul Brian O'Dea abohlman@sbcglobal.net,   jd@bohlmanlaw.com
              Erick  J Bohlman     on behalf of Joint Debtor Christine Elise O'Dea abohlman@sbcglobal.net,
               jd@bohlmanlaw.com
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens     jimstevens@bslbv.com,   IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 5
```