**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: O'DEA, PAUL BRIAN | § | Case No. 10-75285 |
| O'DEA, CHRISTINE ELISE | § | |
| | § | |
| Debtor(s) CLARK, CHRISTINE | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $118,277.00      Assets Exempt: $43,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,861.11      Claims Discharged
                                                  Without Payment: $102,048.53

Total Expenses of Administration: $18,385.45

3) Total gross receipts of $ 48,246.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $33,246.56 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $101,907.00 | $302.49 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,385.45 | 18,385.45 | 18,385.45 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 60.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 116,312.03 | 60,601.61 | 60,601.61 | 14,861.11 |
| **TOTAL DISBURSEMENTS** | $218,279.03 | $79,289.55 | $78,987.06 | $33,246.56 |

4) This case was originally filed under Chapter 7 on October 25, 2010. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2014          By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential recovery from personal injury matter | 1242-000 | 48,246.56 |
| **TOTAL GROSS RECEIPTS** | | **$48,246.56** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Christine Elise O'Dea | personal injury exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Honda Finance | 4210-000 | 4,649.00 | 302.49 | 0.00 | 0.00 |
| NOTFILED | Chase Manhattan Mortgage | 4110-000 | 97,258.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$101,907.00** | **$302.49** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 4,074.66 | 4,074.66 | 4,074.66 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | 3110-000 | N/A | 8,233.50 | 8,233.50 | 8,233.50 |
| Attorney Jeffrey A. Meyer | 3210-600 | N/A | 4,783.27 | 4,783.27 | 4,783.27 |
| Attorney Jeffrey A. Meyer | 3220-610 | N/A | 1,213.04 | 1,213.04 | 1,213.04 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 13.87 | 13.87 | 13.87 |
| Rabobank, N.A. | 2600-000 | N/A | 67.11 | 67.11 | 67.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,385.45 | $18,385.45 | $18,385.45 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Armor Systems Co | 5200-000 | 60.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $60.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CANDICA L.L.C. | 7100-000 | 3,864.00 | 3,928.00 | 3,928.00 | 963.25 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 34,712.00 | 34,968.84 | 34,968.84 | 8,575.28 |
| 3 | FIA Card Services, NA/Bank of America | 7100-000 | 21,488.00 | 21,704.77 | 21,704.77 | 5,322.58 |
| NOTFILED | Pediatric Care Associates, S.C | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Suburban Imaging Assoc. | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital Collection Dept. | 7100-000 | 41,192.75 | N/A | N/A | 0.00 |
| NOTFILED | Surgey Group, SC | 7100-000 | 4,355.00 | N/A | N/A | 0.00 |
| NOTFILED | Specialists in Gastroenterology | 7100-000 | 4,735.00 | N/A | N/A | 0.00 |
| NOTFILED | Kca Financial Services | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | United Anesthesia Associates SC | 7100-000 | 1,412.50 | N/A | N/A | 0.00 |
| NOTFILED | United Anesthesia Associates SC | 7100-000 | 937.50 | N/A | N/A | 0.00 |
| NOTFILED | Fox Valley Laboratory Physicians SC | 7100-000 | 270.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Greater Elgin Emergency Specialist | 7100-000 | 624.00 | N/A | N/A | 0.00 |
| NOTFILED | A and D Medical Center, SC | 7100-000 | 860.00 | N/A | N/A | 0.00 |
| NOTFILED | Delnor Community Hospital | 7100-000 | 589.78 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area C S | 7100-000 | 277.00 | N/A | N/A | 0.00 |
| NOTFILED | Greater Elgin Emergency Specialist | 7100-000 | 595.00 | N/A | N/A | 0.00 |
| NOTFILED | Greater Elgin Emergency Specialist | 7100-000 | 19.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$116,312.03** | **$60,601.61** | **$60,601.61** | **$14,861.11** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-75285  
**Case Name:** O'DEA, PAUL BRIAN  
O'DEA, CHRISTINE ELISE  
**Period Ending:** 04/23/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/25/10 (f)  
**§341(a) Meeting Date:** 12/02/10  
**Claims Bar Date:** 03/17/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1355 Cunat Court #1C, Lake In The Hills, IL 6015   Orig. Asset Memo: Imported from original petition Doc# 1; | 96,500.00 | 0.00 | | 0.00 | FA |
| 2  Checking Accout Chase Bank Acct # 79891xxxx   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 1.00 | 0.00 | | 0.00 | FA |
| 3  Savings Account Chase Bank Acct # 291655xxxx   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 1.00 | 0.00 | | 0.00 | FA |
| 4  Savings Account Baxter Credit Union (Savings Acc   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 300.00 | 0.00 | | 0.00 | FA |
| 5  Goods & Furnishings   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 1,800.00 | 0.00 | | 0.00 | FA |
| 6  Books   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 50.00 | 0.00 | | 0.00 | FA |
| 7  Wearing Apparel   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 800.00 | 0.00 | | 0.00 | FA |
| 8  Jewelry   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 900.00 | 0.00 | | 0.00 | FA |
| 9  Term Life Insurance (through work)   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 10  Term Life Insurance AFLAC   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 0.00 | 0.00 | | 0.00 | FA |
| 11  2005 Acura TSX 64k miles   Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | 10,150.00 | 3,528.00 | | 0.00 | FA |
| 12  2005 Volvo S40 54k miles | 7,775.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-75285  
**Case Name:** O'DEA, PAUL BRIAN  
O'DEA, CHRISTINE ELISE  
**Period Ending:** 04/23/14

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/25/10 (f)  
**§341(a) Meeting Date:** 12/02/10  
**Claims Bar Date:** 03/17/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| | Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13 | | | | | |
| 13 | Potential recovery from personal injury matter (u) | Unknown | Unknown | | 48,246.56 | FA |
| 14 | Duplicate asset of 13 - entered in error  Orig. Asset Memo: Imported from Amended Doc#: 13; Original asset description: Potential recovery from personal injury matter | Unknown | 0.00 | | 0.00 | FA |
| **14** | **Assets** **Totals** (Excluding unknown values) | **$118,277.00** | **$3,528.00** | | **$48,246.56** | **$0.00** |

**Major Activities Affecting Case Closing:**

FR heard and granted on February 19, 2014

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   January 8, 2014  (Actual)

Printed: 04/23/2014 07:28 AM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-75285 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | O'DEA, PAUL BRIAN | | Bank Name: | Rabobank, N.A. |
| | O'DEA, CHRISTINE ELISE | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***0724 | | Blanket Bond: | $277,000.00  (per case limit) |
| Period Ending: | 04/23/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/20/13 | {13} | Charter One | Settlement monies personal injury UTMA | 1242-000 | 48,246.56 | | 48,246.56 |
| 11/26/13 | 101 | Attorney Jeffrey A. Meyer | attorney's fees & costs per court Order 9/25/11 | | | 5,996.31 | 42,250.25 |
| | | | Special Counsel           4,783.27  Attorney's Fees | 3210-600 | | | 42,250.25 |
| | | | Costs advanced by           1,213.04  Special Counsel | 3220-610 | | | 42,250.25 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.87 | 42,236.38 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.11 | 42,169.27 |
| 01/28/14 | 102 | Christine Elise O'Dea | personal injury exemption | 8100-002 | | 15,000.00 | 27,169.27 |
| 02/19/14 | 103 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA | Dividend paid 100.00% on $8,233.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,233.50 | 18,935.77 |
| 02/19/14 | 104 | JAMES E. STEVENS | Dividend paid 100.00% on $4,074.66, Trustee Compensation;  Reference: | 2100-000 | | 4,074.66 | 14,861.11 |
| 02/19/14 | 105 | CANDICA L.L.C. | Dividend paid  24.52% on $3,928.00; Claim# 1; Filed: $3,928.00; Reference: | 7100-000 | | 963.25 | 13,897.86 |
| 02/19/14 | 106 | PYOD LLC its successors and assigns as assignee of | Dividend paid  24.52% on $34,968.84; Claim# 2; Filed: $34,968.84; Reference: | 7100-000 | | 8,575.28 | 5,322.58 |
| 02/19/14 | 107 | FIA Card Services, NA/Bank of America | Dividend paid  24.52% on $21,704.77; Claim# 3; Filed: $21,704.77; Reference: | 7100-000 | | 5,322.58 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 48,246.56 | 48,246.56 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 48,246.56 | 48,246.56 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$48,246.56** | **$33,246.56** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9266** | 48,246.56 | 33,246.56 | 0.00 |
| | $48,246.56 | $33,246.56 | $0.00 |

{} Asset reference(s)                                                                                                                                                 Printed: 04/23/2014 07:28 AM        V.13.15